IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **TRACY PINKNEY,** ) | Civil Action No. 7:11-cv-00502 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **WARDEN ZYCH, et al.,** ) | By: Hon. Michael F. Urbanski | |
| Respondents. ) | United States District Judge | |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus is **DISMISSED without prejudice**, pursuant to Rules 1(b) and 4 of the Rules Governing § 2254 Cases; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

Entered:  January 19, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge