IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| TRACY PINKNEY, | ) | Civil Action No. 7:11-cv-00502 | |
|     Petitioner, | ) | | |
| | ) | | |
| v. | ) | **ORDER** | |
| | ) | | |
| WARDEN ZYCH, <u>et al.</u>, | ) | By: | Hon. Michael F. Urbanski |
|     Respondents. | ) | | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's 28 U.S.C. § 2241 petition for a writ of habeas corpus is **DISMISSED without prejudice**, pursuant to Rules 1(b) and 4 of the Rules Governing § 2254 Cases; all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

Entered: January 19, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge